UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER FELTENSTEIN,<br><br>      Plaintiff,<br><br> - against -<br><br>WYKAGYL ASSOCIATES HJ, LLC and<br>STARBUCKS CORPORATION.<br><br>      Defendants. | ECF CASE<br><br>14 CV 4797<br><br>**RULE 7.1 STATEMENT** |

    Defendants Wykagyl Associates HJ, LLC and Starbucks Corporation ("Starbucks"), as and for their Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state that:

    1.  Wykagyl is a privately held company and no publicly held company owns 10% or more of Wykagyl.

    2.  Starbucks is publicly traded and offers shares of stock to the public under the symbol "SBUX." No publicly held company owns 10% or more of Starbucks.

Dated: September 15, 2014
   New York, New York

               PRYOR CASHMAN LLP

               By: _____
                 James S. O'Brien, Jr.
                 Andrew M. Goldsmith
               7 Times Square
               New York, New York 10036-6569
               Tel: (212) 326-0401
               Fax: (212) 798-6912
               jobrien@pryorcashman.com
               agoldsmith@pryorcashman.com

               *Attorneys for Wykagyl Associates HJ, LLC and*
               *Starbucks Corporation*